[No. 14581-2-II. Division Two. August 7, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD L. FAULKNER, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 90-1-00100-8, James B. Sawyer II, J., entered December 13, 1990. *Affirmed in part* and *remanded* by unpublished opinion per Alexander, J., concurred in by Petrich, A.C.J., and Morgan, J.

[No. 10293-9-III. Division Three. August 8, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. HERBERT E. CAUDLE, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 89-1-00235-7, Dennis D. Yule, J., entered September 15, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green, C.J., and Thompson, J.

[No. 10469-9-III. Division Three. August 8, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. IGNACIO COBOS, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 89-1-00220-8, Jerry M. Moberg, J., entered December 15, 1989. *Affirmed in part* and *remanded* by unpublished opinion per Shields, J., concurred in by Green, C.J., and Thompson, J.